

# Fourth Court of Appeals
## San Antonio, Texas

March 29, 2019

No. 04-19-00158-CR

Shanetha C. **TATE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR10122
Honorable Ron Rangel, Judge Presiding

# O R D E R

On February 26, 2019, the trial court signed a trial court certification stating the underlying case "is a plea-bargain case, and the defendant has NO right of appeal." The clerk's record was filed on March 27, 2019, and the appellant is seeking to appeal a judgment adjudicating guilt. Accordingly, the trial court's certification is defective because it should reflect the criminal case is an adjudication of guilt following deferred adjudication, and the appellant has a limited right of appeal. *See Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005); *Sanchez v. State*, 109 S.W.3d 760 (Tex. App.—San Antonio 2003, no pet.). It is therefore ORDERED that the trial court amend the certification and cause the trial court clerk to file a supplemental clerk's record containing the amended certification within twenty days from the date of this order. The reporter's record is due to be filed in this appeal no later than April 29, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of March, 2019.



KEITH E. HOTTLE,
Clerk of Court